IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELBA ALICIA ORDONEZ VELAZQUEZ, Husband and Wife; and LUIS ALBERTO ARRIAGA GUZMAN, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, ONEWORLD COMMUNITY HEALTH CENTERS, INC., DONNA FABER, M.D.; CARLOS VANEGAS, M.D.; and JOHN OR JANE DOE, M.D., real names Unknown;<br><br>Defendants. | 8:18CV406<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Substitution. (Filing No. 12.) The parties have agreed that the United States of America should be substituted for Defendants OneWorld Community Health Centers, Inc., Dr. Donna Faber, and Dr. Carlos Vanegas, pursuant to 42 U.S.C. § 233(a) *et seq*., and 28 U.S.C. §§ 1346(b) and 2672. Having considered the matter, the Court finds that the Stipulation should be approved.

**IT IS ORDERED** that the Joint Stipulation for Substitution (Filing No. 12) is approved. The United States of America shall be substituted for Defendants OneWorld Community Health Centers, Inc., Dr. Donna Faber, and Dr. Carlos Vanegas. The Clerk of Court is directed to modify the docket sheet to reflect this change.

Dated this 19th day of October, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge